**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 03 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MOHAMMED KAMAL HOSSAIN, | No. 08-17754 |
| Plaintiff - Appellant, | D.C. No. 1:08-cv-00016 |
| v. | |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the District of the Northern Mariana Islands
Alex R. Munson, Chief Judge, Presiding

Submitted May 25, 2010[**]

Before:     CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Mohammed Kamal Hossain appeals pro se from the district court's order

dismissing his action alleging violations of federal and international law resulting

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

from the unavailability of derivative non-refoulement status for his family. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Paulsen v. CNF Inc.*, 559 F.3d 1061, 1071 (9th Cir. 2009), *cert. denied*, 130 S.Ct. 1053 (2010). We may affirm on any ground supported by the record. *Downs v. Hoyt*, 232 F.3d 1031, 1036 (9th Cir. 2000). We affirm.

Hossain's action is precluded by both the doctrine of res judicata and the contractual obligations imposed by the settlement of his first action, as this action involves the same claims that Hossain raised or could have raised in his prior action. *See Intl Union of Operating Engrs. v. Karr*, 994 F.2d 1426, 1429 (9th Cir. 1993) (applying res judicata to bar action raising claims that were dismissed pursuant to a settlement agreement).

We do not consider Hossain's arguments that are raised for the first time on appeal. *See United States v. Cade*, 236 F.3d 463, 467 (9th Cir. 2000).

All pending motions are denied.

**AFFIRMED**.